United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TWO BOBCATS, INC. *et al.*, | § | |
| | § | |
| Appellants, | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00346 |
| | § | |
| CLINT MATTHEW WALLACE, *et al.*, | § | |
| | § | |
| Appellees. | § | |

## ORDER

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation ("M&R"). (D.E. 23). The M&R recommends the Court affirm the Bankruptcy Court's judgment, grant Appellants' motion for extension of time, and deny Appellees' motion to dismiss. *Id.* at 23–24. Appellants filed written objections. (D.E. 24).

When a party objects to the findings and recommendations of a magistrate judge, the district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). A party must point out with particularity any alleged errors in the magistrate judge's analysis. *Pelko v. Perales*, No. 23-CV-00339, 2024 WL 1972896, at *1 (S.D. Tex. May 3, 2024) (Ramos, J.). Objections that merely re-urge arguments contained in the original briefing are not proper and will not be considered. *Edmond v. Collins*, 8 F.3d 290, 293 n.7 (5th Cir. 1993). Moreover, "[f]rivolous, conclusive or general objections need not be considered by the district court." *Battle v. U.S. Parole Comm'n*, 842 F.2d 419, 421 (5th Cir. 1987) (citation and internal quotation marks omitted). As to any portion for which no objection is filed, a district court reviews for clearly erroneous factual findings and conclusions of law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Much of Appellants' objections concern whether the M&R applied the proper standard of review—de novo or abuse of discretion—to the Bankruptcy Court's contempt findings. This Court reviewed the record de novo and finds no error in the Bankruptcy Court's contempt findings nor in Judge Hampton's M&R, regardless of whether a de novo or abuse of discretion standard applies. The Court also finds no error in either the M&R or the Bankruptcy Court's findings regarding the damages award.

Accordingly, the Court **OVERRULES** Appellants' objections, (D.E. 24), **ADOPTS** the findings and recommendations of the M&R, (D.E. 23), **GRANTS** Appellant's motion for extension of time, (D.E. 6), **DENIES** Appellees' motion to dismiss, (D.E. 5), and **AFFIRMS** the Bankruptcy Court's judgment.

The Court will enter final judgment separately.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 29th, 2026